**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
(916) 444-5678

Attorney for Plaintiffs
Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) AND SHANNON McEVERS as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually,<br><br>    Plaintiffs,<br><br>            vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; and Does I through XXX, inclusive,<br><br>    Defendants.<br>_____/ | **NO. 2:06-CV-02161 FCD JFM**<br><br><br><br>**STIPULATION RE: FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND STATE LAW; ORDER** |

Stipulation Re: First Amended Complaint for Violation of Civil Rights
and State Law and Order

Subject to the approval of the Court, the parties to the above-referenced action, by and through the undersigned attorneys, hereby stipulate and agree to allow Plaintiffs to file the attached First Amended Complaint. The First Amended Complaint adds Defendant individuals employed by the United States Government and claims for relief pertaining to those Defendants. The expectation of filing an amended complaint naming those persons was referenced in the initial complaint. Accordingly, it is also agreed by the parties that a First Amended Summons will be issued for service of the First Amended Complaint to the newly named parties.

Finally, the parties agree that the Answer filed by the County of Sacramento Defendants shall be deemed said Defendants Answer to the First Amended Complaint and an additional Answer need not need to be filed by said Defendants.

Dated: May 11, 2007                    /s/ Stewart Katz
                                        STEWART KATZ,
                                        Attorney for Plaintiffs


Dated: May 11, 2007                    /s/ Van Longyear
                                        VAN LONGYEAR,
                                        Attorney for Defendants


Plaintiff shall file the first amended complaint, attached to the stipulation filed on May 11, 2007, within five (5) days of this order.

**IT IS SO ORDERED:**

DATED: May 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation Re: First Amended Complaint for Violation of Civil Rights
and State Law and Order

2