1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2720

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem SHANNON McEVERS) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually, GABRIEL McEVERS, Individually, SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; Federal U.S. Marshal ANTONIO AMADOR; Federal Pre-Trial Services Chief ROBERT DUNCAN; Federal Pre-trial Services Officer SANDRA HALL; and Does I through XXX, inclusive,<br><br>　　　　Defendants. | Case No. 2:06-cv-02161 FCD JFM<br><br>REQUEST FOR EXTENSION OF DEADLINE FOR FEDERAL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER THEREON |

TO THE HONORABLE FRANK C. DAMRELL, JR., ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the Office of the United States Attorney for the Eastern District

1

of California has been recused from this case by the Executive Office for United States Attorneys. Federal defendants Antonio Amador, Robert Duncan and Sandra Hall (and the United States, which will substituted in as a defendant on the Federal Tort Claims Act claims) are in the process of seeking new counsel to represent them in this litigation.

Under the circumstances, and to avoid any prejudice to the federal defendants as the result of their need to retain new counsel in this matter, the Office of the United States Attorney hereby requests on behalf of the federal defendants that the Court enter an order extending the deadline for any response to the First Amended Complaint by 60 days, to and including November 27, 2007, without prejudice to any defenses that may be asserted on behalf of any of the federal defendants by their new counsel. Plaintiffs' counsel has stated that he does not oppose this request.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 17, 2007       By:   /s/ *Lynn Trinka Ernce*
                                      LYNN TRINKA ERNCE
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE