LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendants, County of Sacramento, Sacramento County Sheriff's Department Sheriff Lou Blanas, and Sacramento County Sheriff's Department Captain Mark Iwasa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; and Does I through XXX, inclusive,<br><br>            Defendants. | CASE NO. 2:06-CV-02161-FCD JFM<br><br>**REQUEST AND STIPULATION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT AND ORDER** |

The current deadline for the parties to file a Joint Status Report is September 28, 2007. The parties request an extension of time for a minimum of seventy-five days to file a Joint Status Report.

On September 17, 2007, a request was made by the federal defendants for an extension of time to file a response to the First Amended Complaint. The request stated that defendants Antonio Amador, Robert Duncan and Sandra Hall (and the United States, which will substituted in as a defendant on the Federal Tort Claims Act claims) are in the process of seeking new counsel to

represent them in this litigation.  On September 19, 2007, the Court ordered an extension of time for any response to the First Amended Complaint by 60 days, to and including November 27, 2007, without prejudice to any defenses that may be asserted on behalf of any of the federal defendants by their new counsel.

Since the federal defendants are in the process of obtaining new counsel and have not yet responded to the complaint, it is premature to file a Joint Status Report.

IT IS HEREBY STIPULATED between the parties that the deadline of September 28, 2007 to file a Joint Status Report be continued for a minimum of seventy-five days to be set for the court's convenience to allow the appearance of all parties.

Dated: _____, 2007     LONGYEAR, O'DEA & LAVRA, LLP

By _____
VAN LONGYEAR
JENNIFER MARQUEZ
Attorneys for Defendants County of Sacramento, Sacramento County Sheriff's Department Sheriff Lou Blanas, and Sacramento County Sheriff's Department Captain Mark Iwasa

Dated: _____, 2007     LAW OFFICE OF STEWART KATZ

By _____
STEWART KATZ
Attorneys for Plaintiffs

Dated: _____, 2007     MORENO & RIVERA

By _____
JESSE M. RIVERA
Attorneys for Defendant Deputy Angela Eisentrout

**ORDER**

The deadline of September 28, 2007 to file a Joint Status Report is continued to December 14, 2007 to allow the appearance of all parties.

IT IS SO ORDERED:

Dated: September 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE