```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DAVID A. DeJUTE
 4  Assistant United States Attorney
    California Bar No. 153527
 5      Room 7516, Federal Building
        300 North Los Angeles Street
 6      Los Angeles, California  90012
        Telephone:  (213) 894-2574
 7      Facsimile:  (213) 894-7819
        Email: david.dejute@usdoj.gov
 8
    Attorneys for the United States
 9
```



FILED

OCT - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Estate of MATTHEW McEVERS, et al., | ) No. 06-CV-02161 FCD JFM |
|---|---|
| Plaintiffs, | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| COUNTY OF SACRAMENTO, et al., | ) CORRECTING CAPTION |
| Defendants. | ) |

The Court, having received the Notice of Substitution of the United States of America as Defendant in Place of Antonio Amador, Robert Duncan and Sandra Hall for All Common Law Torts, along with a duly executed Certification from the United States Attorney for the Central District of California, hereby substitutes the United States of America as the defendant herein instead and in place of defendants Antonio Amador, Robert Duncan and Sandra Hall for all common law torts, pursuant to 28 U.S.C. §§ 2679(a) and (d).

1  **IT IS HEREBY ORDERED** that the caption of this case is
2  changed to read as follows:

|  |  |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and *guardian ad litem* Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and LYNETTE McEVERS, Indivdually,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County sheriff's Deputy ANGELA EISENTROUT; Federal U.S. Marshal ANTONIO AMADOR; Federal Pre-trial Services Chief ROBERT DUNCAN; Federal Pre-trial Services Officer SANDRA HALL; the UNITED STATES OF AMERICA; and Does I through XXX, inclusive,<br><br>    Defendants. | NO. 06-CV-02161 FCD JFM |

DATED: 10/8/08

_____
FRANK C. DAMRELL, JR.
United States District Judge

Presented By:

THOMAS P. O'BRIEN
United States Attorney

_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendants

2