IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY E. W. McEVERS,

     Plaintiff,                  No. 2:06-cv-2864 FCD JFM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 9, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Eisentrout's July 3, 2008 motion to dismiss is denied (docket no. 35);

1

1    2. This action is consolidated with <u>Estate of Matthew McEvers, et al., v. County
2 of Sacramento, et al.</u>, Case No. 06cv2161 FCD JFM;

3    3. All future filings shall be filed in 2:06cv2161 FCD JFM; the newly-
4 consolidated action shall be governed by the district court's March 18, 2008 Status (Pretrial
5 Scheduling) Order.  (Docket No. 33.)

6    4. The Clerk of the Court is directed to:

7    (a) Add plaintiff Harry E.W. McEvers as a plaintiff in Case No. 2:06cv2161 FCD
8 JFM;

9    (b) Serve a copy of this order on all counsel in Case No. 2:06cv2161 FCD JFM;

10    (c) Administratively terminate the instant action, Case No. 2:06cv2864 FCD
11 JFM; and

12    (d) Serve plaintiff Harry McEvers with a copy of the district court's March 18,
13 2008 scheduling order issued in Case No. 2:06cv2161 FCD JFM.  (Docket No. 33.)

14 DATED: October 9, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2