IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MATTHEW McEVERS,
deceased, etc., et al.,

    Plaintiffs,                    No. 2:06-cv-2161 FCD JFM PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiffs' motion to compel discovery responses came on regularly for hearing October 30, 2008. There was no appearance by plaintiff Harry E.W. McEvers. Stewart Katz appeared for the remaining plaintiffs. Danny D. Brace, Jr., appeared for defendant Amador. Jonathan Paul appeared for defendant Eisentrout. Jennifer Marquez appeared for defendants County of Sacramento, Blanas and Iwasa. Upon review of the motion and the document in support, upon hearing the arguments counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Plaintiffs' October 3, 2008 amended motion to compel is granted. (Docket No. 47.) Any objections to the discovery requests are waived by virtue of defendant Amador's failure to respond. <u>Richmark Corp. v. Timber Falling Consultants</u>, 959 Fed. 2d 1468, 1473 (9th Cir. 1992). Defendant Amador shall answer the second set of interrogatories and respond to the first

1

1  and second request for production of documents; said answers and responses shall be made and
2  served on or before Friday, November 14, 2008.  Defendant Amador's counsel shall pay
3  plaintiffs' counsel the sum of $750.00 which the court finds to be the reasonable expenses
4  incurred in bringing the instant motion.
5  DATED:  November 3, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001; mcevers.mtc