IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, etc., et al., | |
| Plaintiffs, | No. 2:06-cv-2161 FCD JFM |
| vs. | |
| COUNTY OF SACRAMENTO, LOU BLANAS, MARK IWASA, ANGELA EISENTROUT, ANTONIO AMADOR, ROBERT DUNCAN, SANDRA HALL, the UNITED STATES OF AMERICA, et al., | |
| Defendants. | ORDER |

The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: December 10, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; mcevers.rec

1