# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, individually; GABRIEL McEVERS, individually; SHANNON McEVERS, individually; LYNETTE McEVERS, individually; and HARRY E. W. McEVERS, <br><br>                    Plaintiffs, <br><br>vs. <br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; Federal U.S. Marshal ANTONIO AMADOR; Federal Pre-trial Services Chief ROBERT DUNCAN; Federal Pre-trial Services Officer SANDRA HALL; the UNITED STATES OF AMERICA and Does I through XXX inclusive, <br><br>                    Defendants. | No.: 2:06-cv-02161-LRH <br><br>ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE ROBERT A. McQUAID, JR. |

On January 5, 2009, the above case was reassigned to the undersigned Visiting United States District Judge by the Honorable Anthony W. Ishii, Chief Judge for the Eastern District of California.

To assist the undersigned visiting judge with regard to this case, the court finds it appropriate to refer this case to the Honorable Robert A. McQuaid, Jr., United States Magistrate

1  Judge for the District of Nevada to assist as necessary in the adjudication of non-dispositive
2  pretrial motions and such other matters as may be assigned.
3       IT IS SO ORDERED.
4       DATED this 21st day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE