1  **LAW OFFICE OF STEWART KATZ**
   Stewart Katz, SBN # 127425
2  555 University Avenue, Suite 270
   Sacramento, CA  95825
3  (916) 444-5678
4
   Attorney for Plaintiffs
5  Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and
   GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon
6  McEvers) AND SHANNON McEVERS as successors in interest; BRETT McEVERS,
   Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and
7  LYNETTE McEVERS, Individually
8
9                          UNITED STATES DISTRICT COURT
10                          EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; LYNETTE McEVERS, Individually; and HARRY E. W. MCEVERS,<br>             Plaintiffs,<br><br>             vs.<br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; Federal U.S. Marshal ANTONIO AMADOR; Federal Pre-trial Services Chief ROBERT DUNCAN; Federal Pre-trial Services Officer SANDRA HALL; the UNITED STATES OF AMERICA and Does I through XXX, inclusive,<br>             Defendants.<br>_____/ | NO. 2:06-CV-02161-LRH<br><br><br>**APPLICATION AND [ ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

1        COME NOW THE PARTIES by and through their respective attorneys and subject to
2   the approval of this Court, hereby agree to and respectfully request the below modifications
3   and/or amendments to this Court's January 15, 2009 Status (Pretrial Scheduling) Order
4   (Docket No. 84).  The undersigned all participated in a telephonic conference on June 19,
5   2009, and agreed at that time to propose these joint requests.
6        The parties contend there is good cause for this request for the following reasons:
7   (1) the involvement of seven different attorneys/groups of represented clients as well as a pro
8   per has resulted in much slower than anticipated progress in discovery and other matters; (2)
9   the fact that two of the attorneys are sole practitioners and one of the plaintiffs is pro per has
10  been a further complication to scheduling; (3) most of the plaintiffs presently live in North
11  Carolina, and the United States is being represented out of the Los Angeles branch of the U.S.
12  Attorney's Office, contributing to logistical difficulties; (4) there have been several discovery
13  disputes, one of which was litigated and central to both the plaintiffs' case and confirmed the
14  conflicting position(s) amongst the defendants, that went on for several months which
15  effectively put discovery on hold pending the resolution of that issue;  and (5) there have been
16  numerous unanticipated disputes regarding documents and interrogatories which were not
17  encountered in the previous suicide cases related to the Sacramento County Main Jail.
18       As the most significant obstacle has far and away been scheduling difficulties, the
19  parties have agreed to ask the Court to order all Counsel to be available for depositions on the
20  following dates: September 9 – 11, 2009, September 21 – 24, 2009, September 29 – October
21  2, 2009 and October 27 – 29, 2009.  The parties believe that this order as to the required
22  availability of counsel is necessary and will be invaluable in avoiding the conflicts that have
23  plagued discovery efforts in this case thus far.
24       The proposed modifications are as follows:
25   •   That the discovery cut-off date set for August 24, 2009, be moved to
26  December 22, 2009.
27   •   That the deadline for expert disclosures set for September 8, 2009, be moved
28  to January 11, 2010.

- That the deadline for disclosure of supplemental expert witnesses set for October 5, 2009, be moved to February 8, 2010.
- That the completion date for expert discovery set for November 23, 2009, be moved to March 26, 2010.
- That the dispositive motion cut-off date set for December 21, 2009 be moved to April 26, 2010.
- That the final pretrial conference date set for February 22, 2010 at 1:30 p.m. be moved to June 21, 2010 at 1:30p.m.
- That the trial date set for June 15, 2010 at 9:00 a.m. be moved to October 19, 2010 at 9:00 a.m.

Dated: June 25, 2009                             /s/ Stewart Katz
                                                 STEWART KATZ,
                                                 Attorney for Plaintiffs

Dated: June 25, 2009                             /s/ Van Longyear
                                                 VAN LONGYEAR
                                                 Attorney for Defendants County of
                                                 Sacramento, Blanas and Iwasa

Dated: June 25, 2009                             /s/ Danny D. Brace, Jr.
                                                 DANNY D. BRACE, JR.
                                                 Attorney for Defendant Amador

Dated: June 25, 2009                             /s/ Kenneth C. Memmemeier
                                                 KENNETH C. MENNEMEIER
                                                 Attorney for Defendants Duncan & Hall

Dated: June 25, 2009                             /s/ David A. Dejute
                                                 DAVID A. DEJUTE
                                                 Attorney for Defendant USA

Dated: June 30, 2009                             /s/ Jonathan Paul
                                                 JONATHAN PAUL
                                                 Attorney for Defendant Eisentrout

Dated: June 28, 2009

/s/ Harry McEvers
HARRY MCEVERS
Plaintiff In Propria Persona

**IT IS SO ORDERED:**

Dated: July 1, 2009

_____
UNITED STATES MAGISTRATE JUDGE

THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.