MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendant,
ANGELA EISENTROUT

FILED / ENTERED
AUG 18 2009
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually; SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; and Does I through XXX, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-02161-FCD JFM<br><br>[PROPOSED] ORDER |

This matter was heard informally by telephonic conference in chambers on August 6, 2009. Plaintiffs Estate of Matthew McEvers, Brett McEvers, Gabriel McEvers and Shannon McEvers were presented by their attorneys Stewart Katz and Guy Danilowitz.

///

///

Defendants County of Sacramento, Sheriff Lou Blanas, and Captain Mark Iwasa were represented by their attorneys Jennifer Marquez and Natasha N. Langenfeld. Defendant Angela Eisentrout was represented by her attorney Jesse M. Rivera.

The parties came before this court regarding the Defendants County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa and Angela Eisentrout's request for a protective order on the internal affairs investigation of the McEvers death and relevant materials from Angela Eisentrout's personnel file. The Court and the parties discussed and recognized that third party litigants may attempt to seek relief from this order. The court declined to take any position on that issue at this time. Upon hearing arguments of the parties the court issues the following order:

GOOD CAUSE HEREBY APPEARING, the court issues a protective order for the internal affairs investigation into Matthew McEver's death and to Angela Eisentrout's personnel file. These materials shall only be used for this case and shall be returned to the proffering party following the conclusion of this case.

**IT IS HEREBY SO ORDERED.**

Dated: 8-18-09

Robert A. McQuaid, Jr.
United States Magistrate Judge for the District of Nevada