1  VAN LONGYEAR, CSB No. 84189
   JENNIFER MARQUEZ, CSB No. 232194
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento,
   Sheriff Lou Blanas, Captain Mark Iwasa

6

7

            UNITED STATES DISTRICT COURT  EASTERN DISTRICT

8                  OF CALIFORNIA SACRAMENTO DIVISION

9

10

11  Estate of MATTHEW McEVERS, et al.        )    CASE NO. 2:06-CV-02161 LRH (RAM)
                                             )    [Consolidated with 2:06-cv-02864]
12          Plaintiff                        )
                                             )    STIPULATION FOR DISMISSAL
13  v.                                       )    WITH PREJUDICE  AND
                                             )    [PROPOSED] ORDER
14  COUNTY OF SACRAMENTO, et al.             )
                                             )
15          Defendants.                      )
                                             )
16                                           )
                                             )
17  _____      )

18          COMES NOW, Plaintiff, Harry McEvers, Individually, and appearing pro se (Plaintiff)

19  and Defendants, County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa (erroneously

20  sued herein as the Sacramento County Sheriff's Department) and Angela Eisentrout, through

21  their counsel, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of

22  the Federal Rules of Civil Procedure, of any and all claims, in consideration of settlement

23  payment from the County of Sacramento to Plaintiff for amount satisfactory to Plaintiff.

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1        Each party to bear his, her or its own costs and attorneys' fees, including any entitlement

2  to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore stipulate that this

3  matter may be dismissed in its entirety with prejudice.

4

5  Dated: April 10, 2010

6

7                        By: _____

                              HARRY McEVERS

8                              Plaintiff, Propria Persona

9

10  Dated: April 15, 2010            LONGYEAR, O'DEA & LAVRA, LLP

11

12                        By: /s/ Van Longyear

13                              VAN LONGYEAR

                              Attorneys for Defendants, County of Sacramento,

14                              Sheriff Lou Blanas, Captain Mark Iwasa

15

16  Dated: April 15, 2010            MORENO & RIVERA

17

18                        By: /s/ Jesse M. Rivera

19                              JESSE M. RIVERA

                              Attorneys for Defendant

                              Angela Eisentrout

20

21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1     CASE NO. 2:06-CV-02161 LRH (RAM)
       [Consolidated with 2:06-cv-02864]

2

3                     ORDER DISMISSING ACTION

4

5        **IT IS SO ORDERED.**  This entire action is dismissed with prejudice.  All parties to bear

6 his, her or its own costs and attorneys' fees.

7 Dated: 4/23/10

8                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

Stipulation for Dismissal with Prejudice and Proposed Order
Page 3