1  VAN LONGYEAR, CSB No. 84189
   JENNIFER MARQUEZ, CSB No. 232194
2  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
   Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento,
   Sheriff Lou Blanas, Captain Mark Iwasa
6

7
              UNITED STATES DISTRICT COURT  EASTERN DISTRICT
8
                    OF CALIFORNIA SACRAMENTO DIVISION
9

10
   Estate of MATTHEW McEVERS, et al.   )   CASE NO. 2:06-CV-02161 LRH (RAM)
11                                     )   [Consolidated with 2:06-cv-02864]
          Plaintiff                    )
12                                     )   STIPULATION FOR DISMISSAL
   v.                                  )   WITH PREJUDICE AND
13                                     )   [~~PROPOSED~~] ORDER
   COUNTY OF SACRAMENTO, et al.        )
14                                     )
          Defendants.                  )
15                                     )
                                       )
16                                     )
                                       )
17

18        COMES NOW, Plaintiffs, Estate of Matthew McEvers, deceased, by and through Brett

19 McEvers and Gabriel McEvers (minors through their mother and guardian ad litem Shannon

20 McEvers) and Shannon McEvers, as successors in interest; Brett McEvers, Individually, Gabriel

21 McEvers, Individually, Shannon McEvers, Individually, and Lynette McEvers, Individually

22 (Plaintiffs) and Defendants, County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa

23 (erroneously sued herein as the Sacramento County Sheriff's Department) and Angela Eisentrout

24 and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to

25 Rule 41(a) of the Federal Rules of Civil Procedure, of any and all claims, in consideration of

26 settlement payment from the County of Sacramento to Plaintiffs for amount satisfactory to

27 Plaintiffs.

28

Each party to bear his, her or its own costs and attorneys' fees, including any entitlement to fees or costs pursuant to 42 U.S.C. Section 1988. The parties therefore stipulate that this matter may be dismissed in its entirety with prejudice.

Dated: March 31, 2010                LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ Van Longyear

VAN LONGYEAR
Attorneys for Defendants, County of Sacramento,
Sheriff Lou Blanas, Captain Mark Iwasa

Dated: March 31, 2010                LAW OFFICE OF STEWART KATZ

By: /s/ Stewart Katz

STEWART KATZ
Attorney for Plaintiffs, Estate of Matthew McEvers,
deceased, by and through Brett McEvers and
Gabriel McEvers (minors through their mother and
guardian ad litem Shannon McEvers) and Shannon
McEvers, as successors in interest; Brett McEvers,
Individually, Gabriel McEvers, Individually,
Shannon McEvers, Individually, and Lynette
McEvers, Individually

Dated: March 31, 2010                MORENO & RIVERA

By: /s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant
Angela Eisentrout

## ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This entire action is dismissed with prejudice. All parties to bear his, her or its own costs and attorneys' fees.

Dated: 4/23/10

_____
UNITED STATES DISTRICT JUDGE

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510