UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MATTHEW McEVERS, deceased, by and through BRETT McEVERS and GABRIEL McEVERS (minors through their mother and guardian ad litem Shannon McEvers) and SHANNON McEVERS, as successors in interest; BRETT McEVERS, Individually; GABRIEL McEVERS, Individually, SHANNON McEVERS, Individually; and LYNETTE McEVERS, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento County Sheriff's Department Captain MARK IWASA; Sacramento County Sheriff's Deputy ANGELA EISENTROUT; Federal U.S. Marshal ANTONIO AMADOR; Deputy U.S. Marshal KRIS KUELPER; Federal Pre-trial Services Chief ROBERT DUNCAN; Federal Pre-trial Services Officer SANDRA HALL; and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. 06-CV-02161 LRH RHM<br><br>[~~~~~~~] ORDER<br><br>RE:<br><br>STIPULATION FOR COMPROMISE SETTLEMENT ON BEHALF OF THE UNITED STATES AND ALL FEDERAL DEFENDANTS<br><br><br><br><br><br>Hon. Larry R. Hicks |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' action against the United States and all Federal Defendants is dismissed with prejudice in its entirety;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: 5/11/10

_____
LARRY R. HICKS
United States District Judge

| | |
|---|---|
| 1 | Presented by: |
| 2 | ANDRÉ BIROTTE JR.<br>United States Attorney |
| 3 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 4 | Chief, Civil Division<br>_____/s/_____ |
| 5 | DAVID A. DeJUTE<br>Assistant United States Attorney |
| 6 | Attorneys for the United States |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |