VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants, County of Sacramento,
Sheriff Lou Blanas, Captain Mark Iwasa

# UNITED STATES DISTRICT COURT EASTERN DISTRICT
# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of MATTHEW McEVERS, et al. | CASE NO. 2:06-CV-02161 LRH (RAM) |
| Plaintiff | [Consolidated with 2:06-cv-02864] |
| v. | *AMENDED* STIPULATION FOR DISMISSAL WITH PREJUDICE |
| COUNTY OF SACRAMENTO, et al. | *AMENDED* [PROPOSED] ORDER |
| Defendants. | |

COMES NOW, Plaintiffs, Estate of Matthew McEvers, deceased, by and through Brett McEvers and Gabriel McEvers (minors through their mother and guardian ad litem Shannon McEvers) and Shannon McEvers, as successors in interest; Brett McEvers, Individually, Gabriel McEvers, Individually, Shannon McEvers, Individually, and Lynette McEvers, Individually (Plaintiffs) and Defendants, County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa (erroneously sued herein as the Sacramento County Sheriff's Department) and Angela Eisentrout and through their counsel stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, of any and all claims, in consideration of settlement payment from the County of Sacramento to Plaintiffs for amount satisfactory to Plaintiffs.

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1  Each party to bear his, her or its own costs and attorneys' fees, including any entitlement
2  to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore stipulate that this
3  matter may be dismissed in its entirety with prejudice.

Dated: May 12, 2010              LONGYEAR, O'DEA & LAVRA, LLP

                                 By: */s/ Van Longyear*

                                     VAN LONGYEAR
                                     Attorneys for Defendants, County of Sacramento,
                                     Sheriff Lou Blanas, Captain Mark Iwasa

Dated: May 12, 2010              LAW OFFICE OF STEWART KATZ

                                 By: */s/ Stewart Katz*

                                     STEWART KATZ
                                     Attorney for Plaintiffs, Estate of Matthew McEvers,
                                     deceased, by and through Brett McEvers and
                                     Gabriel McEvers (minors through their mother and
                                     guardian ad litem Shannon McEvers) and Shannon
                                     McEvers, as successors in interest; Brett McEvers,
                                     Individually, Gabriel McEvers, Individually,
                                     Shannon McEvers, Individually, and Lynette
                                     McEvers, Individually

Dated: May 12, 2010              MORENO & RIVERA

                                 By: /s/ Jesse M. Rivera
                                     JESSE M. RIVERA
                                     Attorneys for Defendant
                                     Angela Eisentrout

Amended Stipulation for Dismissal with Prejudice and Amended [Proposed] Order
Page 2

CASE NO. 2:06-CV-02161 LRH (RAM)
[Consolidated with 2:06-cv-02864]

### *AMENDED* ORDER REGARDING DISMISSAL

**IT IS SO ORDERED**. This action is dismissed, with prejudice, only as to the claims of Plaintiffs, Estate of Matthew McEvers, deceased, by and through Brett McEvers and Gabriel McEvers (minors through their mother and guardian ad litem Shannon McEvers) and Shannon McEvers, as successors in interest; Brett McEvers, Individually, Gabriel McEvers, Individually, Shannon McEvers, Individually, and Lynette McEvers, Individually, against Defendants, County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa (erroneously sued herein as the Sacramento County Sheriff's Department) and Angela Eisentrout. Each party to bear his, her or its own costs and attorneys' fees.

The orders signed by this court in these cases on April 23, 2010 are VACATED.

Dated: May 19, 2010

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE