1  VAN LONGYEAR, CSB No. 84189
JENNIFER MARQUEZ, CSB No. 232194
2  Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
3  Sacramento, CA. 95864
Telephone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants, County of Sacramento,
Sheriff Lou Blanas, Captain Mark Iwasa
6

7

8  **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**
9

10

11  Estate of MATTHEW McEVERS, et al.          )     **CASE NO. 2:06-CV-02161 LRH (RAM)**
                                           )     **[Consolidated with 2:06-cv-02864]**
            Plaintiff                      )
12                                         )     ***AMENDED* STIPULATION FOR**
    v.                                     )     **DISMISSAL WITH PREJUDICE**
13                                         )
    COUNTY OF SACRAMENTO, et al.           )     ***AMENDED* [PROPOSED] ORDER**
14                                         )
            Defendants.                    )
15                                         )
                                           )
16                                         )
    _____ )
17

18        COMES NOW, Plaintiff, Harry McEvers, Individually, and appearing pro se (Plaintiff)

19  and Defendants, County of Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa (erroneously

20  sued herein as the Sacramento County Sheriff's Department) and Angela Eisentrout, through

21  their counsel, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of

22  the Federal Rules of Civil Procedure, of any and all claims, in consideration of settlement

23  payment from the County of Sacramento to Plaintiff for amount satisfactory to Plaintiff.

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1    Each party to bear his, her or its own costs and attorneys' fees, including any entitlement

2    to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore stipulate that this

3    matter may be dismissed in its entirety with prejudice.

4

5    Dated: May 12, 2010

6
                                        By: */s/ Harry McEvers*
7                                              HARRY McEVERS
                                               Plaintiff, Propria Persona
8

9

10   Dated: May 12, 2010              LONGYEAR, O'DEA & LAVRA, LLP

11
                                      By: */s/ Van Longyear*
12
                                              VAN LONGYEAR
13                                            Attorneys for Defendants, County of Sacramento,
                                              Sheriff Lou Blanas, Captain Mark Iwasa
14

15

16   Dated: May 12, 2010              MORENO & RIVERA

17
                                      By: */s/ Jesse M. Rivera*
18
                                              JESSE M. RIVERA
19                                            Attorneys for Defendant
                                              Angela Eisentrout
20

21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1    **CASE NO. 2:06-CV-02161 LRH (RAM)**
     **[Consolidated with 2:06-cv-02864]**

2

3                    *AMENDED* **ORDER REGARDING DISMISSAL**

4

5          **IT IS SO ORDERED**.  This action is dismissed, with prejudice, only as to the claims of

6    Plaintiff, Harry McEvers, Individually, and appearing pro se, against Defendants, County of

7    Sacramento, Sheriff Lou Blanas, Captain Mark Iwasa (erroneously sued herein as the Sacramento

8    County Sheriff's Department) and Angela Eisentrout.  Each party to bear his, her or its own costs

9    and attorneys' fees.

10         The orders signed by this court in these cases on April 23, 2010 are VACATED.

11

12

13

14   Dated: May 19, 2010    _____

15                           LARRY R. HICKS
                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510